IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO CALDERON and JENNIFER ROCIO, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>  v.<br><br>CLEARVIEW AI, INC. and<br>CDW GOVERNMENT LLC,<br><br>                      Defendants. | Civil Action No.: 1:20-cv-01296-CM<br><br>**Scott R. Drury's Motion for Admission *Pro Hac Vice* Pursuant to Local Civil Rule 1.3** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Scott R. Drury__ hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Intervenor David Mutnick__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Illinois__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

1

Dated:  April 29, 2020            Respectfully Submitted,

Scott R. Drury

Applicant Signature: _____

Applicant's Name:   Scott R. Drury

Firm Name: Loevy & Loevy

Address:  311 N. Aberdeen St., 3rd Floor

City/State/Zip:  Chicago, Illinois, 60607

Telephone/Fax: 312-243-5900/5902

Email: drury@loevy.com

## CERTIFICATE OF SERVICE

      I, Scott R. Drury, hereby certify that on April 29, 2020, I caused the foregoing Motion for Admission *Pro Hac Vice* and accompanying Affidavit, Certificate of Good Standing, and Proposed Order to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                                                        SCOTT R. DRURY