# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO CALDERON and JENNIFER ROCIO, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>CLEARVIEW AI, INC. and CDW GOVERNMENT LLC,<br><br>         Defendants. | Civil Action No.: 1:20-cv-01296-CM<br><br>**AFFIDAVIT OF SCOTT R. DRURY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL CIVIL RULE 1.3** |

  Scott R. Drury, being duly sworn, hereby moves this Court for an admission *pro hac vice* to represent Intervenor David Mutnick in this case. As grounds for said Motion, Mr. Drury states as follows:

  1. My full name is Scott Robert Drury. My business address is Loevy & Loevy, 311 N. Aberdeen, 3rd Floor, Chicago, Illinois, 60607.

  2. I have never been convicted of a felony.

  3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

  4. I am not presently, nor have I ever been, the subject of any disciplinary proceedings from any court.

  5. Attached hereto as Exhibit 1 is a true and correct copy of the Certificate of Admission to the Bar of Illinois, dated April 27, 2020, attesting that I am a member of the State Bar of Illinois in good standing

6.     I am familiar with the Local Rules of this Court

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2020

By: _____<br>
SCOTT R. DRURY<br>
Loevy & Loevy<br>
311 N. Aberdeen St., 3rd Floor<br>
Chicago, Illinois 60607<br>
Telephone: (312) 243-5900<br>
Facsimile: (312) 243-5902<br>
drury@loevy.com